IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 07-520 |
| DIONICIO GOMEZ<br>USM# 62756-066 | : |

## O R D E R

AND NOW this 23rd day of January, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 78 months, effective November 1, 2015.

BY THE COURT:

THE HONORABLE STEWART DALZELL
Senior United States District Court Judge

1-23-14 ; cc: B. McKeon, AUSA
M. Heelan, Esq.
2cc: Marshal
R. Weinberg, Prob.